# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: **DAVID C. CASEY** ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>NO.: 09-mc-10292 |

### ORDER OF PUBLIC REPRIMAND

WHEREAS, the Supreme Judicial Court for the Commonwealth of Massachusetts has caused to be filed with this Court a certified copy of an Order of Public Reprimand with respect to the aforementioned attorney.

WHEREAS, pursuant to Local Rule 83.6, a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court on October 13, 2009. In addition, a copy of the notice and order (along with a copy of our Local Rule) were sent via certified mail, return receipt requested to the address on file with this Court for **DAVID C. CASEY**;

WHEREAS, on October 14, 2009, notice of said filing was delivered by certified mail to **DAVID C. CASEY**, along with a Notice of Filing Disciplinary Action and an Order to Show Cause, and a copy of Local Rule 83.6.

WHEREAS, **DAVID C. CASEY** has failed to respond within thirty days.

WHEREFORE, pursuant to subsection (2)(D) of Local Rule 83.6 this Court hereby imposes the identical discipline, and it is ORDERED that **DAVID C. CASEY** is hereby disciplined by Public Reprimand before this Court.

DATED: November 29, 2009

MARK L. WOLF
CHIEF JUDGE